UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OLLIE FRANKLIN JR., *Plaintiff*, v. HURON STREET ASSOCIATES LLC; and FRANKLIN ROOM, LLC, *Defendants*. | Case No. 15-4221 |

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the Plaintiff, Ollie Franklin, and the Defendants, Heron Street Associates, LLC and Franklin Room, LLC, through their respective attorneys hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees.

Dated: December 7, 2015　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　/s/ John Steele
　　　　　　　　　　　　　　　　　　John Steele
　　　　　　　　　　　　　　　　　　The Accessibility Law Group
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　500 Michigan Ave, Suite 600
　　　　　　　　　　　　　　　　　　Chicago, IL 60611


　　　　　　　　　　　　　　　　　　/s/ Scott C. Fanning
　　　　　　　　　　　　　　　　　　Scott C. Fanning
　　　　　　　　　　　　　　　　　　Fisher & Phillips LLP
　　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　　10 S Wacker Drive, Suite 3450
　　　　　　　　　　　　　　　　　　Chicago, IL 60606

**CERTIFICATE OF SERVICE**

I, John Steele, certify that on December 7, 2015, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Attorney Scott C. Fanning
Fisher & Phillips LLP
Attorney for Defendants
10 S Wacker Drive, Suite 3450
Chicago, IL 60606